**BPS-309**

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-2391

UNITED STATES OF AMERICA

v.

JASON J. SMITH,

Appellant

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Crim. No. 95-cr-00002-1E)
District Judge: Honorable Sean J. McLaughlin

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
July 14, 2005

Before: RENDELL, FISHER AND VAN ANTWERPEN, CIRCUIT JUDGES

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted for possible dismissal under 28 U.S.C. § 1915(e)(2)(B). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the appeal is dismissed under 28 U.S.C. §1915(e)(2)(B)(ii). Appellant's motions for appointment of counsel and reconsideration of the denial of his motion for costs are denied. All of the above in accordance with the opinion of this Court.

ATTEST:

*[signature]*
Acting Clerk

DATED: July 29, 2005

Certified as a true copy and issued in lieu of a formal mandate on ___9/21/05___

Teste: *[signature] Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit