IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 95-02 Erie |
| | ) | |
| JASON J. SMITH | ) | |

### **O R D E R**

AND NOW, to wit, this _____ day of _____, 2005, the Court having considered the government's Motion to Lift Stay of Order,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Stay of this Court's Order dated April 8, 2005, granting the Government's Motion to Destroy Evidence is HEREBY LIFTED.

_____
UNITED STATES DISTRICT JUDGE

cc: United States Attorney
    Jason J. Smith