CR 95-2

Please make the following changes in the address of Jason J. Smith:

| | |
|---|---|
| Jason J. Smith   10581-068<br>USP Lewisburg<br>Satellite Camp<br>P.O.Box 2000<br>Lewisburg, PA.  17837 | CURRENT |
| Jason J. Smith 10581-068<br>FCI @ Ft Dix, N.J.<br>P.O.Box 2000<br>Ft. Dix, N.J.  08640 | PREVIOUS |

Thank you.

*Janice C. Smith*
Janice C. Smith for Jason J. Smith

October 7, 2005