# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

December 5, 2005

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Jason J. Smith
v. United States
No. 05-7928
(Your No. 05-2391)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 29, 2005 and placed on the docket December 5, 2005 as No. 05-7928.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst