CR 95-2   E

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**SCANNED**

William K. Suter
Clerk of the Court
(202) 479-3011

January 9, 2006

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106



Re:  Jason J. Smith
v. United States
No. 05-7928
(Your No. 05-2391)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

**RECEIVED**

JAN 2 3 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

95-CR 00002 1E   WS